IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KENNETH TYRELL WINSLOW, | § |
| | § |
| VS. | § CIVIL ACTION NO.4:04-CV-601-Y |
| | § |
| | § |
| ARLINGTON POLICE | § |
| DEPARTMENT, et al. | § |

FINAL JUDGMENT

Pursuant to an opinion and order of dismissal issued this same day, and Federal Rule of Civil Procedure 58:

It is hereby ORDERED, ADJUDGED, and DECREED that plaintiff Kenneth Tyrell Winslow's claims be, and they are hereby, DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915A(b)(1) and, alternatively, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

It is further ORDERED that all costs of court are taxed against the party that incurred them.

SIGNED April 26, 2005.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE